

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| **CARL TICHACEK** § | |
| § | |
| **Plaintiff,** § | |
| vs. § | Civil Action No. _____ |
| § | |
| **JONES MOTOR GROUP, INC.,** § | |
| **HOT SHOT EXPRESS INC.** § | |
| **Defendants.** § | |

## INDEX OF MATTERS BEING FILED

1. Defendants Jones Motor Group, Inc. and Hot Shot Express Inc.'s Notice of Removal to Federal Court;
2. Defendants Jones Motor Group, Inc. and Hot Shot Express Inc.'s Notice of Removal to State Court;
3. All pleadings on file in the state court action;
4. Copies of the Citation received by Defendants and
5. Defendants Jones Motor Group, Inc. and Hot Shot Express Inc.'s List of All Counsel of Record.

        Respectfully submitted,

        By:   /s/ Holly C. Hamm
            Holly C. Hamm
            Attorney in Charge
            State Bar No. 24036713
            hollyhamm@snowspencelaw.com
            2929 Allen Parkway, Suite 2800
            Houston, Texas 77019
            (713) 335-4800
            (713) 335-4848 (Fax)
**ATTORNEY FOR DEFENDANTS**

OF COUNSEL:

SNOW SPENCE GREEN LLP
2929 Allen Parkway, Suite 2800
Houston, Texas 77019
(713) 335-4800
(713) 335-4848 (Fax)

## CERTIFICATE OF SERVICE

I certify that on the 10th day of January 2014, a true and correct copy of the above and foregoing document was furnished to the following parties pursuant to Federal Rules of Civil Procedure:

Paul A. Higdon
Higdon Lawyers
601 Sawyer, Suite 210
Houston, TX 77007
Facsimile: 713-223-7331

                                            /s/ Holly C. Hamm
                                            Holly C. Hamm