

EXHIBIT B

No. 74761-CV

| | | |
|---|---|---|
| **CARL TICHACEK** | § | IN THE DISTRICT COURT OF |
| | § | |
| **Plaintiff,** | § | **BRAZORIA COUNTY, TEXAS** |
| **vs.** | § | |
| | § | |
| **JONES MOTOR GROUP, INC.,** | § | |
| **HOT SHOT EXPRESS INC.** | § | |
| Defendants. | § | **239TH JUDICIAL DISTRICT** |

## NOTICE TO STATE COURT CLERK OF
## FILING FOR REMOVAL TO FEDERAL COURT

TO:   CLERK OF COURT:

In accordance with 28 U.S.C. § 1446(d), you are hereby notified that Defendants Jones Motor Group, Inc. and Hot Shot Express, Inc. have removed this action from the 239th Judicial District Court of Brazoria County, Texas, to the United States District Court for the Southern District of Texas, Galveston Division.  A copy of the Notice of Removal is attached and served with this Notice.

Respectfully submitted,

SNOW SPENCE GREEN LLP

By:_____
    Holly C. Hamm
    State Bar No. 24036713
    hollyhamm@snowspencelaw.com
    2929 Allen Parkway, Suite 2800
    Houston, Texas 77019
    (713) 335-4800
    (713) 335-4848 (Fax)
**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

    I do hereby certify that on the ___ day of January 2014, a true and correct copy of the above and foregoing document was sent to the following via facsimile and certified mail return receipt requested:

    Paul A. Higdon
    Higdon Lawyers
    601 Sawyer, Suite 210
    Houston, TX 77007
    Facsimile: 713-223-7331

                                            Holly C. Hamm