IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| CARL TICHACEK § | |
| § | |
| V. § | CIVIL ACTION NO. G-14-011 |
| § | |
| JONES MOTOR GROUP, INC. § | |
| HOT SHOT EXPRESS, INC. and § | |
| ZURICH AMERICAN INSURANCE CO. § | |

## OPINION AND ORDER

Today, this Court issued its Opinion and Order granting the Motion to Dismiss of Defendant, Hot Shot Express, Inc., and dismissing the Amended Complaint of Plaintiff, Carl Tichacek.

Under the circumstances, the "Complaint in Intervention and Declaratory Judgment" of Intervenor, Zurich American Insurance Company, seeking, as subrogee, reimbursement of payments made to Tichacek under this contingent liability policy, has been rendered moot.

It is, therefore, **ORDERED** that the "Complaint in Intervention and Declaratory Judgment" (Instrument no. 29) of Intervenor, Zurich American Insurance Company, is **DISMISSED with prejudice**.

**DONE** at Galveston, Texas, this ___5th___ day of November, 2014.

_____
John R. Froeschner
United States Magistrate Judge