IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| CARL TICHACEK | § |
| | § |
| V. | § CIVIL ACTION NO. G-14-011 |
| | § |
| JONES MOTOR GROUP, INC., | § |
| HOT SHOT EXPRESS, INC. | § |
| and ZURICH INSURANCE COMPANY | § |

## FINAL JUDGMENT

Today the Court granted the Motion to Dismiss of Defendant, Hot Shot Express, Inc., and dismissed the Amended Complaint of Plaintiff, Carl Tichacek.

It is, therefore, **ORDERED** and **ADJUDGED** that Plaintiff, Carl Tichacek, and Intervenor, Zurich American Insurance Company, **TAKE NOTHING**; that the Amended Complaint of Plaintiff, Carl Tichacek, is **DISMISSED on the merits with prejudice**; that the "Complaint in Intervention and Declaratory Judgment" of Intervenor, Zurich American Insurance Company, is **DISMISSED with prejudice**; and that the Defendant, Hot Shot Express, Inc., **RECOVER** its costs from Plaintiff, Carl Tichacek.

**THIS IS A FINAL AND APPEALABLE JUDGMENT.**

**DONE** at Galveston, Texas, this     5th     day of November, 2014.

_____
John R. Froeschner
United States Magistrate Judge